UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-09263-VAP-(JPRx) | Date | March 4, 2022 |
|---|---|---|---|
| Title | *Luz Zendejas v. Alexandre Cazazian* | | |

Present: The Honorable  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   MINUTE ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE (IN CHAMBERS)

Plaintiff Luz Zendejas ("Plaintiff") filed her Complaint against Defendant Alexandre Cazazian ("Defendant") on November 29, 2021. (Doc. No. 1.) Under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff must serve Defendant "within 90 days after the complaint is filed." Plaintiff has not served the Defendant.

Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than 4:00 p.m. on **March 10, 2022**, why the Court should not dismiss this case for failure to prosecute. The Court will consider the filing of the proof of service of summons and complaint as an appropriate response to this Order, on or before the above date.

**IT IS SO ORDERED.**